UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
HENRY MOY,                                                           :
:
Plaintiff,                                :
:                    21-CV-3888 (JMF)
-v-                                       :
:                         ORDER
TARGET CORPORATION,                                                  :
:
Defendant.                                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, the parties filed a proposed case management plan indicating that the parties consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. 636(c). If that is correct, the parties shall submit to the Court (via email to Furman_NYSDChambers@nysd.uscourts.gov) a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf), no later than **June 21, 2021**. If any party does not consent, there is no need to do anything and the case will proceed as is.

      SO ORDERED.

Dated: June 16, 2021
      New York, New York
                                               JESSE M. FURMAN
                                         United States District Judge