USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HENRY MOY,

                                         Plaintiff,

              -against-

TARGET CORPORATION,

                                          Defendant.

-----------------------------------------------------------------X

**21-CV-3888 (KHP)**

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for Monday, August 2, 2021 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, August 23, 2021 at 10:00 a.m. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

      SO ORDERED.

DATED:     New York, New York
               July 1, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge