**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

HENRY MOY,

                           Plaintiff,

              -against-

TARGET CORPORATION,

                         Defendant.
----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 09/29/2021

**21-CV-3888 (KHP)**

**ORDER RESCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Case Management Conference in this matter scheduled for Wednesday, November 3, 2021 at 12:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, November 18, 2021 at 12:00 p.m.** Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.

        SO ORDERED.

DATED:     New York, New York
              September 29, 2021

                                 _____
                                 KATHARINE H. PARKER
                                 United States Magistrate Judge