```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

HENRY MOY,

                               Plaintiff,                        21-CV-3888 (KHP)

           -against-                                   **SCHEDULING ORDER**

TARGET CORPORATION,

                              Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 2, 2022 the parties appeared for a Case Management Conference, whereby the Defendant expressed an intention to file a motion for summary judgment. As provided at the conference, the following schedule is set: Defendant's motion is due by April 15, 2022, Plaintiff's opposition due May 13, 2022, and Defendant's reply due May 27, 2022.

      **SO ORDERED.**

DATED:    New York, New York
               February 22, 2022

                                                          */s/ Katharine H. Parker*
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge