**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HENRY MOY,

                Plaintiff,                21 **CIVIL** 3888 (KHP)

    -against-                        **JUDGMENT**

TARGET CORPORATION,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion on Motion for Summary Judgment dated September 21, 2022, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         September 22, 2022

                                            **RUBY J. KRAJICK**

                                                     Clerk of Court

                         **BY:**

                                                     **Deputy Clerk**